**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HEATH GRAY,** | : | **CIVIL NO. 3:14-CV-1595** |
| | : | |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **ROBERT GILMORE,** *et al.*, | : | |
| | : | |
| **Respondents:** | | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 14ᵗʰ day of June 2016, upon consideration of the petition for

writ of habeas corpus (Doc. 1), and in accordance with the court's Memorandum of the same

date, it is hereby ORDERED that:

1.   The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is
     DENIED.

2.   There is no basis for the issuance of a certificate of appealability. See R.
     GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue
     or deny a certificate of appealability when it enters a final order adverse to the
     applicant").

3.   The Clerk of Court is directed to CLOSE this case.


 **BY THE COURT:**


 **s/James M. Munley**
 **JUDGE JAMES M. MUNLEY**
 **United States District Court**